# Martha G. Bronitsky
Chapter 13 Standing Trustee
United States Bankruptcy Court

---

22320 Foothill Blvd, #150, Hayward, CA 94545-1541
All Mail to: P.O. Box 5004, Hayward, CA 94540-5004
Telephone: (510) 266-5580
Fax: (510) 266-5589

June 07, 2016

JPMORGAN CHASE BANK
PO BOX 24785 NATL PYMT SVCES
COLUMBUS, OH43224

**FIRST NOTICE**

Chapter 13 Case No.: 12-42366-WJL13
Re: George Dolor Atienza & Trinidad Napa Atienza

We received a notification regarding claim #5 filed by JPMORGAN CHASE BANK, stating ACCT WILL RECEIVE MTG RELIEF

We have no authority to stop distributions on the claim. If no further payments are required please file documentation with court stating no further payments are required from the Chapter 13 Trustee's office. To determine information regarding the claim - including the amount disbursed on the claim -- please review www.13network.com . All documents **MUST** be filed with the Bankruptcy court.

Oakland Bankruptcy Court
1301 Clay Street
Oakland, Ca 94612

Based on your correspondence, however, we will cease distributions and place an internal reserve on the claim. When we have accumulated an amount sufficient to pay the claim, we will send the funds to the Clerk of the Bankruptcy Court as an unclaimed dividend.


Sincerely,

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Standing Trustee

CC:

Chase, Az1-2516, 1820 East Sky Harbor Circle South, Phoenix, AZ  850344810
George Dolor Atienza & Trinidad Napa Atienza, 2721 O'Harte Road, San Pablo, CA  94806
Jpmorgan Chase Bank, Mail Code La4-5555, 700 Kansas Lane, Monroe, LA  71203
Jpmorgan Chase Bank, Po Box 24785   Natl Pymt Svces, Columbus, OH  432240785
Patrick L Forte Atty, 1624 Franklin St #911, Oakland, CA  94612